JOSEPH GERMANO, Appellant, v. WILLIAM SPENCER & SON CORP., Respondent.—

No opinion. Appeal from order dismissed; no order is printed in the record. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.